| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 01 CR 811-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 04-10244 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Diana Moses | Eastern District of NY | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Reena Raggi | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: August 11, 2003 — TO: August 10, 2006 |

OFFENSE
Conspiracy to Import Cocaine, 21 USC 963 and 960(b)(3)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern   DISTRICT OF   New York

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Massachusetts  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_July 28, 2004_
Date

_Reena Raggi_
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
United States District Judge